IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| ROB LABAIR and HOLLY LABAIR, | Case No. CV 15-73-M-DLC-JCL |
| Plaintiff(s), | |
| vs. | **AFFIDAVIT OF SERVICE** |
| EVERGREEN RECREATIONAL VEHICLE LLC and BLUE DOG RV INC., | |
| Defendant(s) | |

STATE OF IDAHO      )
                    ) ss
COUNTY OF KOOTENAI  )

I, **Steven L. Reed,** being duly sworn on oath deposes and states that I am a Citizen of the United State, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness.

**DOCUMENTS SERVED:** Amened Summons / Plaintiff's First Amended Complaint

**PARTY SERVED:** Blue Dog RV Inc.

**MANNER OF SERVICE:** By leaving documents with Marc Hauser, Operations Manager.

**ADDRESS SERVED:** 714 W Seltice Way, Post Falls, Idaho

**DATE / TIME SERVED:** July 6, 2015 @ 9:50 AM

Steven L. Reed
AAYS, INC.
PO Box 732
Coeur d'Alene, ID 83816-0732
(208) 667-4618

SUBSCRIBED AND SWORN to before me this 7th day of July, 2015

Notary public in and for the State of Idaho
Commission Expires: 7-8-2021