**CASE NUMBER:** CV-15-073-M-DLC-JCL

## ROB LABAIR AND HOLLY LABAIR,
Plaintiff,

vs.

## EVERGREEN RECREATIONAL VEHICLES LLC AND BLUE DOG RV LLC,
Defendant.

### CONSENT TO THE EXERCISE OF JURISDICTION
### BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. 636(c) and Fed. R.Civ.P.73, the parties in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Signatures | Party Represented | Date |
|---|---|---|
| [signature] | Evergreen Recreational Vehicles, LLC | 7.31.15 |
| [signature] | Blue Dog RV, LLC | 7.31.15 |
|  |  |  |

The undersigned **does not** consent to said exercise of jurisdiction by the United States Magistrate Judge.

| Signatures | Party Represented | Date |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

**CASE NUMBER:** CV-15-073-M-DLC-JCL

## ROB LABAIR AND HOLLY LABAIR,
Plaintiff,

vs.

## EVERGREEN RECREATIONAL VEHICLES LLC AND BLUE DOG RV LLC,
Defendant.

### CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. 636(c) and Fed. R.Civ.P.73, the parties in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Signatures | Party Represented | Date |
|---|---|---|
| [signature] | Bob LaBair and Holly LaBair | 8/4/2015 |
|  |  |  |
|  |  |  |

The undersigned **does not** consent to said exercise of jurisdiction by the United States Magistrate Judge.

| Signatures | Party Represented | Date |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |