P. Brad Condra, Esq.
MILODRAGOVICH, DALE
& STEINBRENNER, P.C.
620 High Park Way
P.O. Box 4947
Missoula, Montana 59806-4947
(406) 728-1455
(406) 549-7077   fax
bcondra@bigskylawyers.com
    *Attorneys for Defendants Evergreen*
    *Recreational Vehicles, LLC and*
    *Blue Dog RV, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ROB LABAIR and HOLLY LABAIR, ) | Cause No.  CV 15-73-M-DLC-JCL |
| ) | |
| Plaintiffs, ) | |
| ) | **CORPORATE DISCLOSURE** |
| -vs- ) | **STATEMENT** |
| ) | |
| EVERGREEN RECREATIONAL ) | |
| VEHICLES, LLC and BLUE DOG RV, ) | |
| LLC, ) | |
| ) | |
| Defendants. ) | |

_____

Pursuant to Federal Rules of Civil Procedure 7.1, Defendant Blue Dog RV, LLC states that no parent corporation or publicly held corporation owns 10% or more of its stock.

Corporate Disclosure Statement - Page 1

DATED this 18th day of August, 2015.

                    By:    /s/ P. Brad Condra

                    MILODRAGOVICH, DALE
                    & STEINBRENNER, P.C.
                        *Attorneys for Defendants*