Cory R. Gangle, Esq.
State Bar No. 7005
GANGLE LAW FIRM, PC
Lambros Building
3011 American Way
P.O. Box 16356
Missoula, Montana 59806
Office:  (406) 273-4304
Fax:     (406) 437-9115
Email:   cory@ganglelaw.net

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ROB LABAIR and HOLLY LABAIR<br><br>    Plaintiffs,<br><br>         vs.<br><br>EVERGREEN RECREATIONAL VEHICLES, LLC and BLUE DOG RV, LLC,<br><br>    Defendants. | Cause No. CV 15-73-M-DLC-JCL<br><br>**STATEMENT OF STIPULATED FACTS** |

   COME NOW the Plaintiffs, and as required by Local Rule 16.2(b)(3), respectfully submit the following Statement of Stipulated Facts to which all parties agree:

1. Plaintiffs Rob Labair and Holly Labair are residents of Missoula County, Montana.

2. Defendant Evergreen Recreational Vehicles, LLC ("Evergreen") is a Limited Liability Company with its principal place of business in Middlebury, Indiana.

3. Defendant Blue Dog RV, Inc. ("Blue Dog") is a corporation with its principal place of business in Post Falls, Idaho.

4. On or about October 19, 2014, the LaBairs purchased a 2015 Bay Hill model B379FL RV with VIN number 5ZWFB1E22F1002096 from Blue Dog.

5. The RV referenced in Paragraph 4 above was manufactured by Evergreen.

6. The LaBairs entered into a written Retail Vehicle Purchase Contract at the time they purchased the RV at issue.

7. The RV was sold to LaBairs with a written Limited Warranty.

8. After purchasing the RV, the Labairs complained of various deficiencies with the RV. The LaBairs have also complained that Blue Dog/Evergreen breached certain warranties with respect to the RV.

9.  The LaBairs have demanded rescission of the Retail Vehicle Purchase Contract, and other damages.

DATED this 5th day of October, 2015.

                                GANGLE LAW FIRM, PC
                                  *Attorneys for Plaintiffs*

                                By:   /s/Cory R. Gangle
                                        Cory R. Gangle

# CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon the following individuals by the means designated below this 5th day of October, 2015:

| | |
|---|---|
| [x] CM/ECF<br>[ ] U.S. Mail<br>[ ] Fed Ex<br>[ ] Hand-Delivery<br>[ ] Facsimile<br>[ ] Email | P. Brad Condra<br>MILODRAGOVICH, DALE &<br>STEINBRENNER P.C.<br>620 High Park Way<br>P.O. Box 4947<br>Missoula, MT 59806-4947 |

By:  /s/ Cory Gangle
     Cory Gangle