IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ROB LABAIR and HOLLY LABAIR, ) <br> ) <br> Plaintiffs, ) <br> ) <br> -vs- ) <br> ) <br> EVERGREEN RECREATIONAL ) <br> VEHICLES, LLC and BLUE DOG RV, ) <br> LLC, ) <br> ) <br> Defendants. ) <br> _____ ) | Cause No.  CV 15-73-M-DLC-JCL <br><br> **ORDER FOR DISMISSAL WITH PREJUDICE** |

It appearing to the Court from a written stipulation by and between the parties that the above-entitled case has been fully and finally compromised and settled upon its merits,

NOW, THEREFORE, pursuant to the stipulation of the parties,

IT IS HEREBY ORDERED that the above-entitled case be, and the same is hereby dismissed with prejudice, with each of the parties to bear their own costs.

DATED this ____ day of February, 2016.

_____
Jeremiah C. Lynch
United States Magistrate Judge